George PARHAM, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 456, 2015

Supreme Court of Delaware.

Submitted: September 1, 2015
Decided: November 16, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County, Cr. ID No. 1407016217

AFFIRMED.

Frank M. ROSS aka Melvin Ross,
Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 274, 2015

Supreme Court of Delaware.

Submitted: November 18, 2015
Decided: November 18, 2015

Court Below: Superior Court of the State of Delaware, in and for Kent County, Cr. ID. 1201006997

AFFIRMED.

Edward CLARK, et al. Defendants
Below–Appellants,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 218, 2015

Supreme Court of Delaware.

Submitted: November 18, 2015
Decided: November 18, 2015

Court Below: Superior Court of the State of Delaware, in and for Sussex County

AFFIRMED.

Christopher HERRING, Defendant–
Below, Appellant,

v.

STATE of Delaware, Plaintiff–
Below, Appellee.

No. 159, 2015

Supreme Court of Delaware.

Submitted: September 2, 2015
Decided: November 18, 2015

Court Below—Superior Court of the State of Delaware in and for New Castle County, Cr. ID No. 1406013201

AFFIRMED.